# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | | | | |
|---|---|---|---|---|
| Case No.: | 24-42642-TJT | | Trustee Name: | Karen E. Evangelista |
| Case Name: | SHERRIT, KATHERINE MARIE | | Date Filed (f) or Converted (c): | 03/18/2024 (f) |
| For the Period Ending: | 8/19/2024 | | §341(a) Meeting Date: | 04/22/2024 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  420 Silman St. Ferndale MI, Oakland County 48220-0000 | $345,000.00 | Unknown | | $0.00 | Unknown |
| 2  Misc. household goods, tables, chairs, appliances, ect. | $1,500.00 | $0.00 | | $0.00 | $1,500.00 |
| 3  MIsc. clohting | $100.00 | $0.00 | | $0.00 | $100.00 |
| 4  Misc. costume jewerly | $50.00 | $0.00 | | $0.00 | $50.00 |
| 5  dog | $0.00 | $1.00 | | $0.00 | $1.00 |
| 6  Checking Checking account | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $346,650.00 | $1.00 | | $0.00 | $1,651.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/19/2024 | The Trustee with the assistance of counsel is investigating the value of all assets. |
| 07/29/2024 | Subpoena to debtor by Trustee |
| 07/10/2024 | order entered to allow debtor attorney to withdraw docket no 52 |
| 07/03/2024 | Motion for turnover of documents from M Hutchinson docket no 38; Order to employ Fadie Ghallozi docket no 41; fee structure in Order. Properties include 648 Hazelhurst; 27470 Lathrup Blvd and 27375 Bloomfield Dr. |
| 06/13/2024 | MVS filed by mortgage creditor docket 27. real estate at Sillman. real estate foreclosed before filing. redemption period expired. no offers on same. we will not oppose mvs |
| 05/02/2024 | Order entered docket no 22 denying debtor discharge pursuant to 11 USC 727 |
| 05/02/2024 | e |
| 04/29/2024 | Order entered to employ counsel docket no 16. order entered to employ broker docket no 20 |

**Initial Projected Date Of Final Report (TFR):**    03/18/2026    /s/ KAREN E. EVANGELISTA
**Current Projected Date Of Final Report (TFR):**                                           KAREN E. EVANGELISTA