# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Katherine Marie Sherrit,　　　　　　　　　Case No. 24-42642
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　Judge Thomas J. Tucker

　　　　Debtor.
_____/

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSY REGARDING REAL PROPERTY LOCATED AT 9 DEVONSHIRE ROAD, PLEASANT RIDGE, MI 48069, WHICH INCLUDES RELIEF RELATED TO THE DEBTOR

This case is before the Court on a motion filed by the Chapter 7 Trustee Karen Evangelista (the "Trustee"), entitled "Chapter 7 Trustee's Motion for Authority to Compromise Controversy Regarding Real Property Located at 9 Devonshire Road, Pleasant Ridge, MI 48069, Which Includes Relief Related to the Debtor" (Docket # 108, the "Motion"). All interested parties, including Debtor Katherine Sherrit (the "Debtor") were served with notice of the deadline for responses to the Motion. No response was timely filed. The Court has reviewed the Motion and finds good cause to enter this Order.

IT IS ORDERED that the Motion is granted, subject to the terms of this Order.

IT IS FURTHER ORDERED that the settlement between the Trustee, P&P Group Inc. ("P&P"), and Erika Shannon ("Shannon") regarding real property commonly known as 9 Devonshire Road, Pleasant Ridge, MI 48069 (the "Property") is approved on the following terms:

A. Effective upon entry of this Order, the Trustee, the Debtor, and the bankruptcy estate of the Debtor (the "Estate") are deemed to have released any claim, lien, encumbrance or other interest any or all of them have or had against the Property.

B. The Trustee must promptly record a release of the Claim of Interest recorded against the Property on or around September 27, 2024.

C. Effective upon entry of this Order, the Trustee, the Debtor, and the Estate are deemed to have released any claim, cause of action, or other right to payment against Shannon arising under or related to the partnership agreement attached to the Motion.

D. Effective upon entry of this Order, Shannon and P&P are deemed to have released and waived any claim, cause of action, or other right of payment against the Trustee and the Estate.

E. Proof of Claim No. 14 filed by Shannon and Proof of Claim No. 15 filed by P&P are deemed withdrawn.

F. Nothing in this Order is to be construed as a waiver or release by Shannon or P&P of any claim, cause of action, or right to payment that either may have against the Debtor individually and/or the Property, with any such claims, causes of action, or rights to payment being specifically preserved.

G. Under 11 U.S.C. § 362(c)(2)(C), there is no bankruptcy stay in effect prohibiting either or both of Shannon or P&P from pursuing any or all claims, causes of action, or rights to payment they may have against the Debtor and/or the Property, including but not limited to those being pursued in Oakland County Circuit Court (Case No. 2024-209877-CH)(the "OCCC Case").

H. To the extent that there was, or is, a bankruptcy stay in effect under 11 U.S.C. § 362(a) against the Property, such stay is lifted to allow the OCCC Case to proceed.

I. Based on this Order, there is no bankruptcy stay in effect relative to the Property or the OCCC Case, and the Oakland County Circuit Court is not prohibited by any bankruptcy order or law from adjudicating the OCCC Case.

J. Because no funds will flow to the Trustee, the Debtor, or the Estate from the Property, any claim Jared Ragozine ("Ragozine") has against the

Property (or its proceeds) arising from the constructive trust imposed by the order entitled "Order for Constructive Trust of Proceeds Regarding 9 Devonshire Road, Pleasant Ridge, MI 48069" entered by the Oakland County Circuit Court on or around January 11, 2024 in Case No. 2023-202059-CZ styled *Ragozine v. Sherrit, et al.,* is discharged, released, and otherwise not an encumbrance against the Property.

K. Nothing in this Order is to be construed as a waiver or release by Ragozine of any claim, lien, cause of action, or right to payment that he may have against the Debtor individually, the Estate, or any real property other than the Property, with any such claim, lien, cause of action, or right to payment specifically preserved.

**Signed on April 29, 2025**



/s/ Thomas J. Tucker
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Thomas J. Tucker**
**United States Bankruptcy Judge**